No. 115. UNITED STATES *v.* JOHNSON; and
No. 116. UNITED STATES *v.* SOMMERS ET AL. October 8, 1945. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. MR. JUSTICE MURPHY took no part in the consideration or decision of these applications. *Acting Solicitor General Cox* for the United States. *Messrs. Homer Cummings, Wil-*

liam J. Dempsey and Harold R. Schradzke for respondents. Reported below: 149 F. 2d 31.